NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


KURT SHANNON,                                )
                                             )
            Appellant,                       )
                                             )
v.                                           )        Case No. 2D17-1086
                                             )
HILLSBOROUGH AREA REGIONAL                   )
TRANSIT,                                     )
                                             )
            Appellee.                        )
_____  )

Opinion filed September 28, 2018.

Appeal from the Commission on Human
Relations.

Kurt Shannon, pro se.

Michael H. Bowling and John M. Janousek
of Bell & Roper, Orlando, for Appellee.


PER CURIAM.


            Affirmed.


NORTHCUTT, VILLANTI, and ROTHSTEIN-YOUAKIM, JJ., Concur.